■ KIMBERLY CREEKMORE, Plaintiff, v PSCH, INC., Respondent. CREEDMOOR PSYCHIATRIC CENTER, Nonparty Appellant.

[874 NYS2d 907]—Order, Supreme Court, New York County (Martin Shulman, J.), entered April 4, 2008, which, after an in camera document review, directed nonparty appellant Creedmoor Psychiatric Center to produce redacted copies of 10 of the 93 documents requested by defendant, unanimously affirmed, without costs.

The motion court providently exercised its discretion in determining that redacted versions of 10 of the documents, purportedly subject to the statutory privilege afforded by Education Law § 6527 (3), are probative, material and necessary to aid defendant in its defense of this action, where appellant failed to demonstrate that it would suffer any prejudice by their production to defendant (*see* CPLR 3103; Education Law § 6527 [3]). Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Renwick, JJ.